UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CARDOZA, an individual, and<br>JOAN CARDOZA, an individual,<br><br>         Plaintiffs,<br><br>vs.<br><br>FOREST RIVER, INC., a<br>corporation; and DOES 1 through 10,<br>inclusive,<br><br>         Defendants. | Case No. 1: 13-cv-01404-BAM<br><br>**ORDER OF DISMISSAL** |

    Based on the Stipulation of the parties (Doc. 12), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

    Dated: __**June 2, 2014**__            /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE